grant LM 5-14-15

PD-1501-14

PD-1501-14
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 5/14/2015 9:50:38 AM
Accepted 5/14/2015 9:52:40 AM
ABEL ACOSTA
CLERK

| | | |
|---|---|---|
| **ROBERT W. CORNWELL** | § | **IN THE TEXAS** |
| | § | |
| **v.** | § | **COURT OF** |
| | § | |
| **THE STATE OF TEXAS** | § | **CRIMINAL APPEALS** |

## APPELLANT'S MOTION FOR LEAVE OF COURT TO FILE REPLY BRIEF

**TO THE HONORABLE JUDGES OF SAID COURT:**

**NOW COMES,** the Appellant, Robert William Cornwell, and submits this motion for leave of court to file a reply brief and would show the following:

I.

Appellant requests thirty days in which to file a reply brief in the above-listed matter in response to the State's Brief filed on May 11, 2015.

II.

Appellant believes that a reply brief is exceptionally important in light of the entirely new arguments raised by the State in its brief in response. Because the State has advanced these arguments for the very first time in its brief in response, it is necessary for Appellant to

-1-

reply to explain why these arguments are every bit as meritless as those raised by the State before the Court of Appeals.

Accordingly, Appellant prays that this motion for leave of court to file reply brief be granted and the reply brief be due by June 13, 2015.

Respectfully submitted,


/s/ Bruce Anton
BRUCE ANTON
Bar Card No. 01274700
ba@sualaw.com


/s/ Brett Ordiway
BRETT ORDIWAY
Bar Card No. 24079086
bordiway@sualaw.com

SORRELS, UDASHEN & ANTON
2311 Cedar Springs Road
Suite 250
Dallas, Texas 75201
(214)-468-8100 (office)
(214)-468-8104 (fax)

*Attorneys for Appellant*

## Certificate of Service

I, the undersigned, hereby certify that a true and correct copy of the foregoing Appellant's Motion for Leave of Court to File Reply Brief was served to the Montgomery County District Attorney's Office and the State Prosecuting Attorney via electronic service on May 14, 2015.

_/s/ Bruce Anton_

BRUCE ANTON